UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RANDY SWINSON,

                Plaintiff,                19 **CIVIL** 11919 (KPF)

    -against-                           **JUDGMENT**

THE CITY OF NEW YORK, SHERMA
DUNBAR, ASSISTANT DEPUTY WARDEN
ELYN RIVERA, and CAPTAIN JOHN
HERNANDEZ,

              Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 14, 2022, the Court grants Defendants' motion to dismiss the federal claims in this case with prejudice. The Court declines to exercise jurisdiction over any state-law claims that Plaintiff intended to bring in the TAC; accordingly, this case is closed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion and Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge* v. *United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York
        January 18, 2022

                                        **RUBY J. KRAJICK**
                                           Clerk of Court
                               BY:
                                             Deputy Clerk